# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 27, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

149411(44)

MELISSA RENEE POAG-EMERY,
     Plaintiff-Appellant,

v

MATTHEW JOHN EMERY,
     Defendant-Appellee.
_____/

SC: 149411
COA: 318401
Kent CC: 08-001251-DM

On order of the Chief Justice, the motion of A Better Balance, The Alliance: State Advocates for Women's Rights and Gender Equality, Carr Center for Reproductive Justice at New York University School of Law, Deborah M. Fisch, J.D., National Advocates for Pregnant Women, National Organization for Women Foundation, and National Organization for Women Michigan to participate as amicus curiae is GRANTED. The amicus brief submitted on June 25, 2014, in support of the application for leave to appeal is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 27, 2014

